# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

___

**No. 01-3103**                                      **September Term, 2003**

86cr00207-01

Filed On: December 2, 2003 [788412]

United States of America,
         Appellee

    v.

Jonathan Jay Pollard,
         Appellant

_____
Consolidated with 01-3127

_____

**03-3145**

United States of America,
         Appellee

    v.

Jonathan Jay Pollard,
         Appellant

## O R D E R

It is **ORDERED**, on the court's own motion, that the above-captioned cases be consolidated.

                                                          **FOR THE COURT:**
                                                          Mark J. Langer, Clerk

BY:                                   
                                                           Scott H. Atchue
                                                           Deputy Clerk