# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 01-3103**             **September Term, 2003**

86cr00207-01

**Filed On: December 16, 2003**

[791802]

United States of America,
         Appellee

     v.

Jonathan Jay Pollard,
         Appellant

_____

Consolidated with 01-3127, 03-3145

**BEFORE:**    Rogers and Tatel, Circuit Judges

## O R D E R

Upon consideration of the joint motion to govern future proceedings, containing a motion for extended schedule and to exceed the page limits, it is

**ORDERED** that the motion be granted. The following schedule and format will apply for briefing appellant's motion for a certificate of appealability.

| | |
|---|---|
| Motion for a Certificate of Appealability (not to exceed 35 pages) | January 15, 2004 |
| Opposition (not to exceed 35 pages) | February 17, 2004 |
| Reply (not to exceed 20 pages) | March 12, 2004 |

**Per Curiam**

                           **FOR THE COURT:**
                           Mark J. Langer, Clerk

BY:

                           Scott H. Atchue
                           Deputy Clerk/LD